RECEIVED
IN MONROE, LA
JUN 2 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LARRY HUMPHREYS, II** | **CIVIL NO. 06-2358** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STEVE PYLANT, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that Plaintiff's Motion for Establishment of Pro Se Protectional Procedural Criteria in Lieu of Uncorrected Undisclosed Procedural Patent Error [Doc. No. 24] and Motion in Lieu of Extraordinary U.S. District Court Default Sequence [Doc. No. 25] are DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 22] be GRANTED, and Plaintiff's claims be DISMISSED WITH PREJUDICE for failure to exhaust administrative remedies and because Plaintiff's claims would now be time barred.

MONROE, LOUISIANA, this 2 day of June, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE